JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **JESUS MEDINA**, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**COUNTY OF LOS ANGELES**, *et al.*,<br><br>Defendants. | Case No. CV 21-5554-DMG (KESx)<br>CV 22-5285-DMG (KESx) ✓<br><br>**ORDER RE JOINT STIPULATION FOR DISMISSAL OF ACTIONS**<br>(Fed. R. Civ. P. Rule 41(a)(1)(A)(ii)) |

Pursuant to the parties' stipulation and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action and the related action, Case No. 22-05285-DMG (KESx), are both hereby dismissed with prejudice.

IT IS SO ORDERED.

DATED: February 22, 2023

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE